UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-23095-CIV-SEITZ/O'SULLIVAN

CECOMSA S.A.,
and
IGM COMPUTERS, S.A.,

        Plaintiffs,

v.

GLOBAL TRANSPORTATION SERVICES, INC.,
A Washington Corporation,

        Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the non-party, SSA Security, Inc.'s Motion to Quash or Modify Subpoena (DE # 25, 4/22/09).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

On May 5, 2009, the defendant moved (DE # 27) for an extension of time to respond to the non-party, SSA Security, Inc.'s Motion to Quash or Modify Subpoena.  Also on May 5, 2009, the undersigned issued an Order (DE # 28) giving the defendant 10 days from the date of filing its motion to respond.  As of the date of this Order, no

response to the non-party, SSA Security, Inc.'s Motion to Quash or Modify Subpoena has been filed with the Court. Accordingly, it is

ORDERED AND ADJUDGED, that the non-party, SSA Security, Inc.'s Motion to Quash or Modify Subpoena is GRANTED in part and DENIED in part in accordance with this Order. The subject subpoena is quashed.

DONE and ORDERED, in chambers, in Miami, Florida, this 19th day of May, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz

All Counsel of Record